**RECEIVED**

FEB 24 2025

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION**

2:25 CV 0175

JUDGE MORRISON

MAGISTRATE JUDGE VASCURA

*Mr. Terry Michael Jenkins*

(Enter Above the Name of the Plaintiff in this Action)

vs.

*Defendant   C.O.T.A. — North High Street — Disabled
Columbus Ohio*

(Enter above the name of the Defendant in this Action)

*me not given free Bus passes*

If there are additional Defendants, please list them:

*Kroger Foods
299 West Bridge Street
Dublin, OHIO 43017*

*Attempted Murder*

**COMPLAINT**

→ *Attempted Murder see and Read Detailed Complaint*

I.   Parties to the action:

Plaintiff:   Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

*no phone must text me A mute*

*Terry Michael Jenkins*

Name - Full Name Please - PRINT

*me Disabled*

*HOMELESS (Starving)   Do not eat meat*

Street Address

*Liason — C/O Ashley Perkins*

City, State and Zip Code

*Job and Family Center
1721 Northland Park
Columbus, OH 43229*

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _Central OHio Transit Authority_
Name - Full Name Please
_North Hight Street / Columbus OHIO_
Address: Street, City, State and Zip Code

2. _Kroger Foods_
_29? West Bridge St_

3. _Dublin OHIO 43017_

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II.   Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐   Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐   Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐   Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐   Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Attempted Murder By Both

Defendants to Murder

A U.S. Government

Witness

Beware—Warning

A — Snitch

Is

Trying to

Shut Down

this Complaint

Machine — Not Human

Must Deliver Money

To Jenkins, Terry — Now

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>                          <u>Caption</u>

_____          _____ vs. _____

_____          _____ vs. _____

_____          _____ vs. _____


V. Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal
argument, cite no case or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


I state under penalty of perjury that the foregoing is true and correct.  Executed on

this _____ day of _____, 20____.


_____
Signature of Plaintiff


-4-

My Statement

Jenkins, Terry M. VS. Kroger Foods

I Swear the Facts are True.
On this Day

Mr. Terry Michael White Jenkins wishes to File A Federal Civil Pro Se Litigant Complaint Against the Kroger Food Store AT 299 West Bridge Street IN DUBLIN PLAZA IN DUBLIN OHIO 43017

Page 1 of 15

This Court has
Jurisdiction - FOREVER
With Mr. Terry Michael
Jenkins being A Former
Government Witness and
A Current Government
Witness ( See 2:24 CV 4244)
Jenkins Us OHIO Et Al
This Case IS Retaliation
And Attempted Murder
of A U.S. District
Court Government Witness

Page 2 of 15

After being Released
From Central OHIO
Behavorial Healthcare
2200 West Broad Street
With A Head Wound
Caused by A Patient
Named Edward Thomas
Jenkins was forced
To Exit IN PAIN
With no Money except

for bus Passes. Jenkins

was misled on which COTA

Bus to ride to Get

TO DUBLIN METHODIST

Hospital - 7500 Hospital

Drive - Dublin OHIO.

Jenking ended up walking

into Embassy Suites

5100 Upper Metro Place

Dublin OHIO and told

by night Clerk Ms.
Abbie that he could
not walk to Dublin
Methodist to get his
bleeding head treated
(Jenkins)
He waited until 7:00 AM
When Ms Abbie shift
changed and she drove
him the 5 miles to the
Dublin Methodist Hospital.
(In Her Black Nissan)

After treated and

released Jenkins ended

back in ~~⊘~~ Dublin

At the Dublin Library

and given bus passes
(By Ms. Hannah - librarian)
to get to OHIO Job

and Family - 1721 Northland

Park - Columbus, OHIO

43229 - Applied at that
For Food Stamps
Date and on this

Page 6 of 15

Financial Aide Now!

~~Jenkins~~ is still waiting

on FOOD STAMPS

and any other Family

Help for Homeless and

Disabled People. The

reason for Suit Against

Kroger is Because Jenkins

applied for Employment

at least three times

in person and had

(contact info;)

devices to contact
Jankins (A Vortex
cell phone — (614) 796 9928)
(stolen)
Jenkins was never
hired and was run
out of Kroger into
the Cold and forced
to Suffer in ~~the~~
Sub-Zero Temperatures
and Sub-Freezing

Page 8 of 15

temperatures

Jenkins suffered

Much pain and hunger
and suffering.
Jenkins IS Asking
FOR
$100,000.00

IN Damages

to be placed on

his Net spend

Debit Card
Immediately

5113 - 6147 - 8420 - 9928

ALERT - SOME - ARE - INSANE
ALERT - Some - have - BEASTS - FOR - LOVERS

Signed — Date
Jenkins IS DRUG FREE
Jenkins IS MUTE
Mr, Terry Michael

Jenkins

Requests Summary Judgement

2/23/2025

Please Be Kind to Jenkins
Jenkins has no PHONE
Jenkins is homeless
Sleeps secretly in Places
Does - YOUR - PHONE - WORK?
Only Mail - To - Liason - Below

OHIO Job and Family
Attn: Ashley Perkins
1721 Northland Park
Columbus, OHIO 43229
Please - Be - Meriful - Always
Page 10 of 15

Part of the
Proceeds from
the suit will
Identify Help
For Homeless
Since Columbus
and Dublin Do
not Have Adequate
and Appropriate
24-hour Warming
24-hour cooling
and feeding Centers
Jeaking was often

Poisoned and made sick becaused Jenkins has no teeth - Dentures were also stolen. Jenkins does not eat meat nor dairy products nor eggs but was slipped unwarranted plant based meats that caused Jenkins illness at OHio Hospital - 880 Greenlawn

Page 12 of 15

cv-00175-SDM-CMV Doc #: 1-1 Filed: 02/24/25 Page: 17 of 25  P.

Page 13 of 15

Columbus, OHIO 43223

Where Jenkins was forced

out into the COLD

With no Money — no

food — no shelter — no

transportation — No Family

All — Debatable

As To Criminal

OR Civil Acts

Against A Perfect

Human — Mr. Terry M. Jenkins

2/23/2025

Remember

ALSO — Memorandam

Of UNDERSTANDING

needs — Issnance

Since — We All Family

Since — We All Impaired

Since — All — Kroger — Property

IS All Community

Property OWNED BY

All OF FAMILY

Including Litigant — Mr.
Terry Michael Jenkins

Refer Back to Former Gov Kristi
noem that killed A Beast and
cut-off our Government money
to Immigrants. Jenkins Is U.S.
BORN
citizen

There was Also

Help Jenkins

Sexual Harassment

Wherby Jenkins (A mute)

was told not to write

notes to Female Family

IN DUBLIN OHIO
OR
Every where
.

MUST - STOP - EATING - DEAD - ANIMALS
(Everyone)
Mr. Terry Michael Jenkins

Finis

Page
15 of 15

ADDENDUM — TO — Lawsuit

Why Is Jenkins 2/23/2025
FORCED TO File

Pauper Oath - When We

All RETARDED CHILDREN

OF GOD - AND Jenkins
                  Why

DONT HAVE MONEY

TO BUY SEX !!

WHY ?    Why
           Jenkins
           Carless
           Why
Closed CASE    Jenkins
               Homeless
2/23/2025      Why Jenkins
               Cant be a
[X]            massage therapist
               for pretty white girls only

ADDENDUM - TO - Lawsuit

No Dairy

## Diet — no meat

Coleslaw — potato salad
macaroni — salad
sweet spicy hummus
refried beans
7.99 — shrimp (frozen)
Louisiana — cocktail sauce
Flour tortilla
oatmeal
ramen noodles (shrimp)
lemonade
Silk milk                    2/23/2025
rice
crackers
Candy — skittles
Trident Chewing Gum

Wheres the best Restaurants
    for Litigant
Terry Michael Jenkins

Addendem : Please

Contact and
Forward Info.
to my Liason
F.B.I. Agent
Paul
425 West
Nationwide
Suite 100
Columbus, OHIO
Refer: Mr Terry
Michael Jenkins
5827845077 - TODAY

Addendum (XXXX)

MUST

Remember

Terry Michael Jenkins
Deserves A Real
Life Just AS
All OTHER
MENTALLY RETARDED
HUMAN Family
members Are Given
Signed- Mr. Terry Michael
Jenkins
2/23/2025

333 No. High
Street

Addendum Columbus, OHIO

You trying to
Delete A Government
Witness C.O.T.A.
refused to Give
Me (the Disabled)

Free Bus Passes
Today 2/23/2025
Violation of Law
Federal Law

Attacking
Gov't                    Ms. Gabbie
Witness 4244
2:24 CV                  Ms. Jessica

A - MACHINE - WILL - SOLVE
All - PROBLEMS - NOT - Humans

Me - Jenkins - 5878450
Me - Disabled - Me - need
Free - Bus - Passes - Have
No - money - I - was - Sent
to - Faith - Mission and they
did not give me a phone
Me - Hungry - No - money
Is A Food pantry open
Nearby - on (2) Route
2)23) 26 & 5
Not Given C.O.T.A
Bus Passes